UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL PARK SERVICE, DEPARTMENT OF THE INTERIOR, U.S. DEPARTMENT OF LABOR – OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, ENVIRONMENTAL PROTECTION AGENCY and EXECUTIVE OFFICE OF THE PRESIDENT<br><br>*Defendants*. | No. 1:26-cv-00029-RJL |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

This case is an action under the Freedom of Information Act (FOIA) 5 U.S.C. § 552, *et seq.*, 28 U.S.C. §§ 2201, et seq., by the Asbestos Disease Awareness Organization (ADAO) to compel federal agencies and the Executive Office of the President (EOP) to produce documents relating to the identification, removal and abatement of asbestos during the October 2025 demolition of the White House East Wing.

Plaintiff ADAO hereby moves for partial summary judgment under Rule 56 of the Federal Rules of Civil Procedure. Partial summary judgment is warranted against three of the

defendants -- Department of Labor (DOL), National Park Service (NPS) and Department of Interior (DOI) – because there is no dispute that (i) they received plaintiff's FOIA request, (ii) the 20 day statutory deadline has passed for their responses and (iii) they have failed to make the "determinations" required under FOIA by that deadline. The motion therefore seeks an order compelling the three defendants to make determinations on the FOIA requests within 10 working days and then produce responsive documents within 15 working days thereafter.

    Attached are a Memorandum in support of the motion and a Declaration from ADAO's President Linda Reinstein.

    Also attached is a proposed order.

    Respectfully submitted,

*/s/ Robert M. Sussman*
Robert M. Sussman DC BAR NO. 226746
SUSSMAN & ASSOCIATES
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118
bobsussman1@comcast.net

*Attorney for Plaintiff Asbestos Disease Awareness Organization*