## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION, <br><br> *Plaintiff*, <br><br> v. <br><br> NATIONAL PARK SERVICE, DEPARTMENT OF THE INTERIOR, U.S. DEPARTMENT OF LABOR – OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, ENVIRONMENTAL PROTECTION AGENCY and EXECUTIVE OFFICE OF THE PRESIDENT <br><br> *Defendants*. | No. 1:26-cv-00029-RJL |

**DECLARATION OF LINDA REINSTEIN IN SUPPORT OF MOION FOR PARTIAL SUMMARY JUDGMENT OF ASBESTOS DISEASE AWARENESS ORGANIZATION**

I, Linda Reinstein, hereby declare as follows:

1.  I am the President and cofounder of the Asbestos Disease Awareness Organization ("ADAO") and the widow of the late Alan Reinstein, who died from mesothelioma as a result of exposure to asbestos. ADAO is an international nonprofit organization based in Southern California.

2.  In 2004, I co-founded ADAO along with Doug Larkin after our lives were forever changed when our loved ones were diagnosed with mesothelioma, an asbestos-caused cancer. As

we watched our loved ones succumb to a deadly, yet preventable, disease, we began advocating to prevent asbestos exposure in the hope that no one else would have to experience the pain we lived through. During the past 20 years, ADAO has become a network of more than 50,000 people and organizations dedicated to protecting public health from the known dangers of asbestos. ADAO is now the largest United States-based independent organization today dedicated to asbestos prevention and policy efforts to protect public health.

3.   ADAO's mission is to prevent asbestos-caused diseases, including lung cancer, malignant mesothelioma, ovarian cancer, cancer of the larynx in humans, and asbestosis.  We work on many fronts to reduce and eliminate asbestos exposure. The tools we employ include public education, collaboration with grassroots communities, and scientific analysis and research. ADAO also advocates for protective laws and regulations at all levels of government, including by participating in meetings with the Environmental Protection Agency ("EPA"), other federal agencies and the White House Office of Management and Budget, commenting on and speaking at stakeholder meetings about EPA's regulatory actions on asbestos, testifying at legislative hearings, and meeting with members of Congress.

4.   In carrying out these tasks, ADAO works with a large network of colleagues, partners and supporters that includes scientists, medical and public health professionals, industrial workers, firefighters and other emergency responders, industrial hygienists, asbestos abatement experts, families who have lost loved ones to asbestos, and citizens living in proximity to sources of asbestos in fenceline communities and elsewhere. These individuals and groups help ADAO carry out its prevention mission and benefit in tangible and specific ways from ADAO actions that reduce asbestos exposure.

5.    Asbestos is among the most hazardous substances known to man. Many regulatory and public health bodies recognized asbestos as a human carcinogen decades ago. In 1976, NIOSH stated that "only a ban can assure protection against carcinogenic effects of asbestos."[1] IARC has determined that asbestos exposure is causally related to lung cancer, malignant mesothelioma, ovarian cancer, and cancer of the larynx in humans.  Non-malignant diseases such as asbestosis and asbestos-related pleural thickening are also caused by asbestos. All asbestos fiber types have been linked causally with each of these diseases. In addition, the scientific community has concluded that there is no safe or fully controlled use of asbestos. According to WHO, more than 250,000 people die each year from asbestos-related lung cancer, mesothelioma and asbestosis resulting from occupational exposures. In the U.S., asbestos kills over 40,000 Americans each year.[2]

6.    A significant cause of these deaths is ongoing exposure to asbestos that remains in millions of buildings built with asbestos-containing materials during most of the twentieth century. Because of the extensive use of asbestos in building construction for several decades, repair, renovation and demolition of existing structures are a major pathway of asbestos exposure by construction workers, building occupants and bystanders.

7.    Assuring the safe removal and disposal of asbestos fibers during these activities has been a high priority of ADAO. It is also central to the missions of federal, state and local regulatory agencies who have developed detailed regulations for identifying, removing, abating and disposing of asbestos debris from construction projects using rigorous procedures that protect exposed people from harm.

---

[1] https://www.cdc.gov/niosh/docs/77-169/default.html
[2] https://www.apha.org/policies-and-advocacy/public-health-policy-statements/policydatabase/2020/01/10/eliminating-exposure-to-asbestos

8.   Both EPA and the Occupational Safety and Health Administration (OSHA) of the Department of Labor (DOL) have issued nationwide regulations for asbestos abatement that are enforced by local agencies under federal oversight. The DC Department of Energy and Environment (DOEE) implements these and its own regulations for repair, renovation and demolition sites within the District of Columbia where asbestos is present at building sites. DOEE issues asbestos abatement permits for demolition projects at federal government buildings in the District.

9.   When I read about the WH East Wing demolition in October 2025, my immediate concern was whether the East Wing contained asbestos (a high probability for buildings like the East Wing that experienced significant renovations in the 1940s and 50s) and, if so, whether federal and DC abatement requirements had been complied with. Thus, on October 23, 2025, I wrote on behalf of ADAO to President Trump demanding the immediate public release of all environmental and occupational-safety documentation associated with the East Wing demolition. No response to the letter was received.

10. To follow up, on November 5-6, 2025, ADAO filed comprehensive FOIA requests with nine federal and state offices and agencies with possible involvement in the East Wing demolition. Each of these requests sought "copies of asbestos abatement permits issued for the East Wing demolition and all related records" that referred to or reflected aspects of asbestos identification, abatement, removal and disposal activities.

11. My ADAO team and I documented the email addresses to which we sent the requests, return emails we received acknowledging the requests, and identification numbers assigned to these requests on the FOIA portals of agency websites. We also regularly visited these FOIA

portals to check for updates on the status of our requests and actions taken, including any responses that had been posted.

12. As we progressed through November and into December, we only received responses from the General Services Administration and DCEE. To the best of my knowledge, we received no communications from the remaining target agencies providing the results of searches for responsive documents, identifying any such documents that had been located and setting a schedule for producing these documents to ADAO. The end result was that, by the end of the twenty-working day period for FOIA responses, we had obtained no information about asbestos identification and abatement activities for the East Wing demolition.

13. ADAO therefore decided to file legal action under FOIA against four agencies and the Executive Office of the President (EOP). Our January 7, 2026 Complaint named five defendants – EPA, DOL, Department of the Interior (DOI), the National Park Service (NPS) and EOP – that we considered most likely to have relevant records. At the time our Complaint was filed and subsequently, neither ADAO nor I personally received a substantive responses to our FOIA requests from any of these defendants.

14. The screenshot below shows up-to-date tracking information on the requests we made to the five defendants:

| Agency | File Name | Request / Case Number | FOIA Summbitted |
|---|---|---|---|
| Department of Labor (DOL) / OSHA | ADAO FOIA OSHA Submitted.pdf | 2026-F-00397 | November 5, 2026 |
| Environmental Protection Agency (EPA) | ADAO FOIA EPA HDQ Submitted.pdf | 2026-EPA-00780 | November 5, 2026 |
| EPA Region III | ADAO FOIA EPA Region III Submitted.pdf | 2026-EPA-00781 | November 5, 2026 |
| National Park Service (NPS) | ADAO FOIA NPS Submitted.pdf | DOI-2026-001006 | November 5, 2026 |
| Department of the Interior (DOI) | We sent separate FOIA request to DOI – later combined with NPS request | DOI-2026-001006 | November 5, 2026 |
| Executive Office of the President | ADAO FOIA Office of the President Submitted 2.pdf | emailed | November 5, 2026 |

15. Note that ID numbers were assigned to the requests received by four of the five agencies, confirming their receipt of ADAO's requests.

16. Although our tracking of the agency FOIA portals failed to disclose any substantive responses to the ADAO requests, over the last week, EPA's counsel in this case provided ADAO's counsel with copies of letters purportedly sent to me by EPA on November 10 and December 2, 2025. ADAO had sent two FOIA requests to EPA – one to its Headquarters in Washington DC and the other to Region 3 in Philadelphia, which oversees the asbestos work of DOEE in the District. The November 10 letter indicates that the Headquarters FOIA request 2026-EPA-00780 had been closed because Region 3 planned to respond to the separate request it had received from ADAO. The December 2 Region 3 letter purports to inform ADAO that no records responsive to its request had been found and the request was therefore being closed.

17. I have no recollection of receiving these letters and, following an exhaustive search, have been unable to find any evidence that I received them by mail or email. In addition, the EPA FOIA portal and download folder for both HDQ (2026-EPA-00780) and Region 3 (2026-EPA-00781) contain no link or reference to the November 10 and December 2 letters, as shown in this screenshot:

Request History

Request Details

Click on Request # to view request details.

| Case # | Description | Received Date | Total Invoice Amount | Fee Due | Status |
|--------|-------------|---------------|----------------------|---------|--------|
| 2026-EPA-00781 | remediation assessment was followed, complying wit... | 11/12/2025 | 0.00 | 0.00 | Closed |
| 2026-EPA-00780 | FOIA Request – Asbestos Permits and Oversight for ... | 11/5/2025 | 0.00 | 0.00 | Closed |

Thus, my regular monitoring of the portal could not have disclosed the existence of the letters.

18.    On Sunday, February 8, I received by email a letter dated February 8 from OSHA

addressing ADAO's November 5, 2025 FOIA request.  The letter acknowledged the request

and denied ADAO's request for expedited processing but otherwise did not provide any

indication that OSHA had searched for the requested documents and describe the results of

such a search. The OSHA letter is attached.

Executed this 9th day of February 2026 in Los Angeles, California

LINDA REINSTEIN
President of ADAO

**U.S. Department of Labor**    Occupational Safety and Health Administration
Washington, D.C. 20210



January 8, 2026

Linda Reinstein
President and Co-Founder
Asbestos Disease Awareness Organization (ADAO)
1525 Aviation Boulevard, Suite 318
Redondo Beach, California 90278
lreinstein@yahoo.com

Dear Ms. Reinstein:

The Occupational Safety and Health Administration (OSHA) acknowledges receipt of your Freedom of Information Act (FOIA) request dated November 5, 2025, and it was assigned to OSHA's Directorate of Enforcement Programs (DEP) for response.  We apologize for the delay in our response, due to the high volume of FOIA requests.

You request expedited processing of the following:

> *Under D.C. Code § 2-532, I request all records dated January 1, 2025, through December 31, 2025, concerning asbestos abatement during the White House East Wing demolition.*
>
> *Scope of Request: As reported in the press, concerns have been raised about possible releases of asbestos during the recent demolition of the White House East Wing.*
>
> *The White House press office released the following statement in response to concerns about the presence and abatement of asbestos during the East Wing demolition:*
>
> *Any hazardous material abatement was done in September. A very extensive abatement and remediation assessment was followed, complying with all applicable federal standards.*
>
> *Our FOIA request seeks copies of asbestos abatement permits issued for the East Wing demolition and all related records that refer, relate to, address, document or reflect:*
>
> *1. Any "hazardous material abatement" conducted in relation to the East Wing renovation.*

*2. The "abatement and remediation assessment" that was performed and how that assessment was "followed."*

*3. All actions that were taken to comply with applicable federal and District Columbia standards, such as the EPA Asbestos NESHAP (40 C.F.R. Part 61, Subpart M), OSHA Asbestos Construction Standards (29 CFR 1926.1101), and District of Columbia Asbestos Control Regulations (Chapter 20-800), including the following:*

    *a. Inspection and testing of the East Wing prior to demolition or renovation to identify the presence of asbestos-containing material;*

    *b. Asbestos abatement licenses issued to contractors performing asbestos abatement activities for the East Wing;*

    *c. Permits issued authorizing asbestos abatement work for the East Wing;*

    *d. Notification submissions to licensing and permitting authorities in advance of permit issuance and the commencement of asbestos abatement work;*

    *e. Adherence to work practice standards to prevent asbestos emissions and safe removal of asbestos-containing materials, including monitoring of asbestos levels, use of respirators and other personal protective equipment to prevent worker exposure, installation of exhaust ventilation, negative pressure enclosures and glove-bag procedures, wetting all asbestos containing material to prevent airborne releases that could endanger bystanders or workers, and sealing the removed material in leak-tight containers;*

    *f. Presence of an onsite representative trained in the regulatory provisions and the means of compliance;.*

    *g. Training and education of abatement workers;*

    *h. Warning signs and physical barriers to prevent bystanders and unauthorized personnel from entering asbestos abatement areas;*

    *i. Handling, securing and labeling procedures to prevent air releases of removed asbestos while transporting it from the demolition site to an asbestos landfill;*

    *j. Disposal of asbestos waste at a landfill implementing special requirements for handling and securing the waste to prevent air releases;*

    *k. Records maintained by contractors, waste shippers, disposal sites and government oversight personnel for all stages of the inspection, abatement and disposal process.*

*This request covers all correspondence, memoranda, meeting notes, Web postings, reports of site visits, presentations, manifests, test data, emails, text messages, instant message chats, and other communications originated by DOEE, federal Executive Branch entities, the District of Columbia government and non-governmental parties, including construction, demolition and asbestos abatement and disposal contractors, testing laboratories, and waste handlers, transporters and management facilities.*

*Waiver of Fees: ADAO requests that all fees be waived because "disclosure of the information is in the public interest . . . and is not primarily in the commercial interest of the requestor" (5 U.S.C. 552 (a) (4)(A).*

Your request was initially in the complex queue because of its size and required significant time and resources for OSHA to process.  Given recent personnel reductions and our existing FOIA backlog, there is an expected delay in OSHA's response.

Your request for expedited processing has been denied.  Under the FOIA, a requester must show "compelling need" in one of two ways: (1) by establishing that his or her failure to obtain the records quickly "could reasonably be expected to pose an imminent threat to the life or physical safety of an individual;" or, (2) if the requester is a "person primarily engaged in disseminating information," by demonstrating that there exists an "urgency to inform the public concerning actual or alleged Federal Government activity."  You have not satisfied either of these elements.

You have the right to appeal this decision with the Solicitor of Labor within 90 days from the date of this letter.  The appeal must state, in writing, the grounds for the appeal, including any supporting statements or arguments.  The appeal also should include a copy of your initial request and a copy of this letter.

If you appeal, you may mail your appeal to:  Solicitor of Labor, U.S. Department of Labor, 200 Constitution Avenue, N.W., Room N-2420, Washington, D.C. 20210 or fax your appeal to (202) 693-5538.  Alternatively, you may email your appeal to foiaappeal@dol.gov; appeals submitted to any other email address will not be accepted.  The envelope (if mailed), subject line (if emailed), or fax cover sheet (if faxed), and the letter indicating the grounds for appeal, should be clearly marked:  "Freedom of Information Act Appeal."

In addition to filing an appeal, you may contact the OSHA Office of Communications at dolpublicliaison@dol.gov for assistance in resolving disputes.

You also may contact the Office of Government Information Services (OGIS) for assistance.  OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  You may mail OGIS at the Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001.  Alternatively, you may email or contact OGIS through

4

its website at: ogis@nara.gov; Web: https://ogis.archives.gov. Finally, you can call OGIS at: telephone: (202) 741-5770; toll-free: (877) 684-6448.

It also is important to note that the services offered by OGIS are not an alternative to filing an administrative FOIA appeal.

Thank you for your interest in occupational safety and health.

Sincerely,

*April Streets*

April Streets
Government Information Specialist
Directorate of Enforcement Programs