# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION,<br><br><br>*Plaintiff*,<br><br><br>v.<br><br><br>NATIONAL PARK SERVICE, DEPARTMENT OF THE INTERIOR, U.S. DEPARTMENT OF LABOR – OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, ENVIRONMENTAL PROTECTION AGENCY and EXECUTIVE OFFICE OF THE PRESIDENT<br><br><br>*Defendants*. | No. 1:26-cv-00029-RJL |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's February 9, 2016 Motion for partial summary judgment,

Defendants' April 10, 2026 Opposition thereto, Plaintiff's April 10, 2026 Opposition to

Defendants' March 11, 2026 motion for dismissal and partial summary judgment, and

Plaintiff's Cross-motion to supplement its February 9 partial summary judgment motion. and

after considering the full record on these Motions and Oppositions, the Court determines that

the pending Motions  should be granted in part and denied in part.

It is this ___day of April 2026 hereby ORDERED, that --

1

(1) defendants' motion for partial summary judgment as to the Executive Office of the President is denied;

(2) defendants' motion for partial summary judgment as to the Environmental Protection Agency is denied;

(3) plaintiff's initial February 9 motion for summary judgment is granted;

(4) plaintiff's supplemental cross-motion for partial summary judgement as to the Executive Office of the President is granted; and

(5) the three defendants (Department of Labor, National Park Service and Department of Interior) subject to ADAO's February 9 summary judgment motion plus the Executive Office of the President are directed to make determinations on plaintiff's FOIA requests within 10 working days of the entry of this Order and produce any responsive documents within 15 additional working days.

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT JUDGE