**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASBESTOS DISEASE AWARENESS ASSOCIATION,<br><br>       Plaintiff,<br><br>       v.<br><br>NATIONAL PARK SERVICE, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 26-29 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

August 5th, 2026 [Dkt. #7, 12, 19]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Motion for Partial Summary Judgment [Dkt. #7] is **GRANTED**; and it is further

**ORDERED** that defendants Department of Labor, Department of Interior, and National Park Service shall make determinations on plaintiff's pending FOIA requests within 10 working days; and it is further

**ORDERED** that, fifteen working days after defendants Department of Labor, Department of Interior, and National Park Service make determinations on plaintiff's pending FOIA requests, they shall file a status report indicating the proposed production timeline for plaintiff's pending FOIA requests, including but not limited to the number of

1

pages to be produced and an explanation, if any, for any delays to the production schedule; and it is further

**ORDERED** that defendants' Partial Motion to Dismiss [Dkt. #12] is **GRANTED** in part as to defendant Executive Office of the President and **DENIED** in part as to defendant Environmental Protection Agency; and it is further

**ORDERED** that plaintiff's Supplemental Motion for Partial Summary Judgment [Dkt. #19] as to defendant Executive Office of the President is **DENIED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge

2